UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MOCTEZUMA RIVERA CASTELAN,
on Behalf of Himself and Others Similarly
Situated,

    *Plaintiff*,

v.                                                      Case No. SA-23-CV-1394-JKP-RBF

GARY VILLAREAL; KINNEY COUNTY,
TEXAS; and LUBBOCK PRIVATE
DEFENDERS OFFICE,

    *Defendants*.

### ORDER STRIKING MOTION and
### EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

Before the Court is a *Motion to Dismiss* (ECF No. 15) filed by Defendant Kinney County, Texas, pursuant to Fed. R. Civ. P. 12(b)(6). Movant has shown no compliance or attempted compliance with the conference requirements set out in this Court's *Standing Order in Civil Cases Assigned to Judge Jason Pulliam* (ECF No. 6). Accordingly, the Court **STRIKES** the motion to dismiss without prejudice to refiling after the defendant complies with the Standing Order. In accordance with Fed. R. Civ. P. 12(b)(4), the Court hereby **EXTENDS** the time for Defendant Kinney County, Texas to answer or otherwise respond to the Complaint (ECF No. 1) to **January 11, 2024**.

    IT is so ORDERED.

    SIGNED this 12th day of December 2023.

                                                       JASON PULLIAM
                                                       UNITED STATES DISTRICT JUDGE