IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MOCTEZUMA RIVERA CASTELAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARY VILLARREAL; KINNEY COUNTY, TEXAS; and THE LUBBOCK PRIVATE DEFENDERS' OFFICE,<br><br>Defendants. | Case No. 5:23-cv-01394-JKP-RBF<br>Jury Trial Demanded |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSIONS OF TIME TO RESPOND TO DEFENDANT GARY VILLARREAL'S MOTION TO DISMISS, DEFENDANT KINNEY COUNTY'S MOTION TO DISMISS, AND DEFENDANT LUBBOCK PRIVATE DEFENDERS' OFFICE'S MOTION TO DISMISS**

Plaintiff Moctezuma Rivera Castelan moves to extend the time for Plaintiff to respond to Defendant Gary Villarreal's Motion to Dismiss, Defendant Kinney County's Motion to Dismiss, and Defendant Lubbock Private Defenders' Office's Motion to Dismiss.

Plaintiff's responses in oppositions to these motions are currently due January 16, 2024 (for the Lubbock Private Defenders' Office) and January 17, 2024 (for Kinney County and Gary Villarreal). By this motion, Plaintiff seeks to extend the deadline to

respond to all three motions to dismiss to January 24, 2024. This requested deadline will allow Plaintiff's counsel to respond to all Defendants' motions to dismiss on a single deadline while also handling other professional obligations. Counsel for Plaintiff has conferred with Counsel for all three Defendants and none of the three Defendants oppose this motion.

For these reasons, Plaintiff respectfully requests that the Court enter the attached proposed order.

Respectfully submitted,

**GERSTEIN HARROW LLP**

*/s/ Emily Gerrick*
Emily Gerrick
810 7th St NE, Ste. 301
Washington, DC 20002
Texas Bar No. 24092417
emily@gerstein-harrow.com
202-670-4809

Charlie Gerstein
810 7th St NE, Ste. 301
Washington, DC 20002
charlie@gerstein-harrow.com

*/s/ Samuel Rosen*
Samuel Rosen
810 7th St NE, Ste. 301
Washington, DC 20002
sam@gerstein-harrow.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MOCTEZUMA RIVERA CASTELAN, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GARY VILLARREAL; KINNEY COUNTY, TEXAS; and THE LUBBOCK PRIVATE DEFENDERS' OFFICE,<br><br>Defendants. | Case No. 5:23-cv-01394-JKP-RBF<br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff's motion for an extension of time to respond to Defendant Gary Villarreal's motion to dismiss, Defendant Kinney County's motion to dismiss, and Defendant Lubbock Private Defenders' Office's motion to dismiss is hereby granted. Plaintiff's deadline to respond to all three motions to dismiss is hereby extended to January 24, 2024.

_____

PRESIDING JUDGE

DATE: _____

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 12, 2024 I conferred with Counsel for Counsel for Defendant Gary Villarreal, Counsel for Defendant Kinney County, and Counsel for Defendant Lubbock Private Defenders' Office and that Counsel for each of the three Defendants agreed to the requested extension.

*/s/ Emily Gerrick*
Emily Gerrick
810 7th St NE, Ste. 301
Washington, DC 20002
Texas Bar No. 24092417
emily@gerstein-harrow.com
202-670-4809
